UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE

| | | |
|---|---|---|
| MUNSON HARDISTY, LLC, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No.: 3:15-cv-547-TAV-DCP |
| | ) | |
| LEGACY POINTE APARTMENTS, LLC, | ) | |
| | ) | |
| Defendant. | ) | |

## **ORDER**

For the reasons explained in the memorandum opinion entered contemporaneously with this Order, defendant's Motion for Judgment on the Pleadings [Doc. 109] is hereby **DENIED**. Plaintiff may proceed with all claims against defendant as detailed in its Second Amended Complaint.

IT IS SO ORDERED.

s/ Thomas A. Varlan
CHIEF UNITED STATES DISTRICT JUDGE